**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | | |
|---|---|---|---|
| **Place of Offense:** | Category No. **II** | Investigating Agency | Homeland Security Inv. |
| **City** Brewster | **Related Case Information:** | | |
| **County** Barnstable County | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | Same Defendant _____ | New Defendant _____ | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number 23-4265-DHH | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Jonathan Fleischmann | Juvenile: | ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |
| Alias Name | | | |
| Address | (City & State) Harwich, MA | | |

Birth date (Yr only): 1987   SSN (last4#): 5187   Sex M   Race: ____   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA Luke A. Goldworm   Bar Number if applicable 677657

| | | | |
|---|---|---|---|
| **Interpreter:** | ☐ Yes ☑ No | List language and/or dialect: | |
| **Victims:** | ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) | | ☐ Yes ☑ No |
| **Matter to be SEALED:** | ☑ Yes ☐ No | | |
| ☑ Warrant Requested | ☐ Regular Process | ☐ In Custody | |

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

| **Charging Document:** | ☑ Complaint | ☐ Information | ☐ Indictment |
|---|---|---|---|
| **Total # of Counts:** | ☐ Petty | ☐ Misdemeanor | ☑ Felony 1 |

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/15/2023   Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jonathan Fleischmann

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) | Certain activities relating to material constituting or containing child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**